United States District Court
District of Massachusetts

| | |
|---|---|
| In re:<br><br>CELEXA AND LEXAPRO MARKETING AND SALES PRACTICES LITIGATION | MDL No.<br>09-02067-NMG |
| DELANA S. KIOSSOVSKI and RENEE RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>FOREST LABORATORIES, INC., FOREST LABORATORIES, LLC and FOREST PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No.<br>14-13848-NMG |

## ORDER

GORTON, J.

This Court recently denied without prejudice defendants' motion for a protective order and/or extension of the discovery deadlines (Docket No. 576) in the related Painters case (13-cv-13113-NMG).

Defendants' simultaneous motion to limit the scope of discovery and/or extend the discovery deadlines in this case is unwarranted because their arguments primarily address the effects of the denial of class certification in Painters on the discovery process in Painters. Defendants do not specifically

-1-

-2-

articulate why or how the developments in Painters should limit or affect the discovery process in Kiossovski. They also do not specifically respond to the assertions of the Kiossovski plaintiffs to the contrary. Accordingly, their motion for a protective order and/or extension of the discovery deadlines (Docket No. 576) is, with respect to the discovery in the Kiossovski case, **DENIED WITHOUT PREJUDICE.**

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated August 9, 2016